UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>      Plaintiff,<br><br>  vs.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>      Defendants. | 1:13-cv-02045-AWI-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE IN FORMA PAUPERIS APPLICATION OR PAY FILING FEE IN FULL<br><br>**FIFTEEN-DAY DEADLINE** |

On December 16, 2013, plaintiff Young Yil Jo ("Plaintiff") filed what was construed as a civil rights complaint. Plaintiff neither filed an application to proceed in forma pauperis nor paid the $400.00 filing fee.

Within fifteen (15) days from the date of service of this order, Plaintiff shall file an application to proceed in forma pauperis or pay the $400.00 filing fee in full. **The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

   Dated:  **April 11, 2014**                **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE